It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Centra, J.P., Fahey, Peradotto, Carni and Gorski, JJ.

■ In the Matter of RICKIE DRAWHORN, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [887 NYS2d 925]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered April 23, 2009) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Centra, J.P., Fahey, Peradotto, Carni and Gorski, JJ.

■ In the Matter of IVORY SHIRE, Petitioner, v NORMAN B. BEZIO, Director, Special Housing Disciplinary, Respondent. [887 NYS2d 925]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Livingston County [Robert B. Wiggins, A.J.], dated March 30, 2009) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated an inmate rule.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Centra, J.P., Fahey, Peradotto, Carni and Gorski, JJ.

■ In the Matter of FRANKLYN FRIAS, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [887 NYS2d 925]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered April 23, 2009) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Centra, J.P., Fahey, Peradotto, Carni and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LYNDA BUTLER, Appellant. (Appeal No. 1.) [887 NYS2d 924]—Appeal from a judgment of the Niagara County Court (Peter L. Broderick, Sr., J.), rendered November 9, 2007. The judgment